```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 22734
   ANNETTE C FENCL
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-9258
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 12/04/07 and confirmed on 02/22/08.

    2.   The case was dismissed after confirmation, 04/24/2008.

    3.   The Debtor paid a total of $    250.00 .

    4.   The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | 235.50 | .00 | 235.50 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | .00 | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ASPEN | UNSECURED | NOT FILED | .00 | .00 |
| ASPEN MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 635.96 | .00 | .00 |
| AURORA EMERGENCY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| BLOCKBUSTER VIDEO | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY TREATMENT SC | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 417.27 | .00 | .00 |
| HMS | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 604.86 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| LOU HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| TRS RECOVERY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NICHOLAS OLMSTEAD | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 952.32 | .00 | .00 |
| ORKIN PEST CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA HEALTH CTR FOR D | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA MERCY MEDICAL CE | UNSECURED | 1006.34 | .00 | .00 |
| RUSH COPLEY | UNSECURED | NOT FILED | .00 | .00 |

```
RUSH COPLEY                 UNSECURED      NOT FILED              .00         .00
SOUTH PARK FIRE PROT DIS    UNSECURED      NOT FILED              .00         .00
THE BUREAUS INC             UNSECURED      NOT FILED              .00         .00
TRIBUTE GOLD MASTERCARD     UNSECURED      NOT FILED              .00         .00
WALGREENS                   UNSECURED      NOT FILED              .00         .00
WEST SUBURBAN BANK          UNSECURED      NOT FILED              .00         .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  235.50          .00      3616.75           .00       3852.25
PRINCIPAL PAID      235.50          .00          .00           .00        235.50
INTEREST PAID          .00          .00          .00           .00           .00
TOTAL PAID          235.50          .00          .00           .00        235.50
```

The Debtor's attorney, GARY L SHILTS                    , was allowed $   3200.00
and was paid $   2524.00   direct and $       .00   through the plan.

The Trustee received $      14.50 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 07/16/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE